IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

| | | |
|---|---|---|
| A.J. HATTEN | § | CIVIL ACTION |
| Plaintiff, | § | |
| | § | NO. 11-2114 |
| VS. | § | |
| | § | |
| TETRA APPLIED TECHNOLOGIES, INC. | § | |
| Defendant, | § | |

**PLAINTIFF'S NOTICE OF DISMISSAL OF COMPLAINT
WITHOUT PREJUDICE**

COMES NOW, A.J. HATTEN, hereinafter referred to as Plaintiff, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant TETRA APPLIED TECHNOLOGIES, INC. without prejudice.

TETRA APPLIED TECHNOLOGIES, INC. has filed neither an answer to the complaint nor a motion for summary judgment as to these claims. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully submitted,

**GORDON, ELIAS & SEELY, LLP**

By:   */s/ Steve Gordon*
Steve Gordon
Louisiana Bar No. 24109
1811 Bering Drive, Suite 300
Houston, Texas 77057
(713) 668-9999
(713) 668-1980 - Facsimile
sgordon@geslawfirm.com

ATTORNEY FOR A.J. HATTEN

1